UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELENA OSBORNE, ET AL. CIVIL ACTION

VERSUS

TIM HOOPER, ET AL. NO. 23-00701-BAJ-RLB

RULING AND ORDER

On February 24, 2025, the Magistrate Judge issued a **Report and Recommendation (Doc. 29, the "Report")** recommending, *sua sponte*, that Plaintiffs' action be dismissed for failure to prosecute and comply with Court orders under Local Rule 41(b). Plaintiffs filed an Objection to the Report. (Doc. 31).

The Report explains that:

(1) Plaintiffs failed to file a Joint Status Report due by November 27, 2024, as was directed by the Court. (Doc. 26).

(2) Plaintiffs were then ordered to file the Joint Status Report by January 9, 2025. Plaintiffs were advised that failure to file the Joint Status Report as directed may result in an Order to Show Cause being issued. (Doc. 27).

(3) Plaintiffs failed to file the Joint Status Report by January 9, 2025.

(4) The Court entered an Order to Show Cause for failure of Plaintiffs' Counsel to file the Joint Status Report, as directed, on January 21, 2025. (Doc. 28). Plaintiffs' Counsel was advised that, if the Joint Status Report was filed by February 13, 2025, then no response was due to the Order to Show Cause.

(*Id.*). Plaintiffs' Counsel was also advised that further failure to comply with Court orders may result in a recommendation of dismissal. (*Id.*).

(5) Plaintiffs failed to file the Joint Status Report or to respond to the Order to Show Cause by February 13, 2025.

In sum, Plaintiffs have failed to file a Joint Status Report, as ordered by the Court, on three occasions, and have further failed to respond to an Order to Show Cause. Thus, the Magistrate Judge recommends that Plaintiffs' Complaint be dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and comply with Court orders.

This Court's review also shows that on September 25, 2024, the Court dismissed all claims against named Defendants. (Doc. 25). The only Defendants that remain are unnamed and unserved Jane and John Does.

Plaintiffs object to the Report. (Doc. 31). They state that they have not abandoned their claims, good cause exists for the delay, and they commit to the continued prosecution of their claims. However, Plaintiffs fail to provide an explanation for their repeated failure to comply with Court orders. They merely state that the failure "was not intentional but rather the result of unexpected circumstances that temporarily hindered counsel's ability to comply." Plaintiffs' Opposition is devoid of details explaining their repeated failure to comply with Court Orders, or that assuage the Court of its concern that Plaintiffs will continue to disregard Court orders. In other words, Plaintiffs' Opposition fails to meaningfully contest the Report's conclusion.

Having carefully considered the Report (Doc. 29), Plaintiffs' Objection to the Report (Doc. 31), and the entirety of the record, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 16th day of September, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**